Per Curiam: Since the courts of the domiciliary State of the corporation have taken jurisdiction with respect to the subject-matter of the controversy upon the merits, we conclude that the orders appealed from denying any relief in the courts of this State should be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. On first appeal: Order so far as appealed from affirmed, with ten dollars costs and disbursements. On second appeal: Order affirmed, with ten dollars costs and disbursements.

---

Abigail H. Bishop, Respondent, v. James C. Bishop, Appellant.— Motion denied and appeal to be argued or submitted on June 13, 1924; otherwise, stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

The People of the State of New York ex rel. Edward Werle, Appellant, v. John J. Hanley, as Warden, etc., Respondent.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Harry Hirsch, Respondent, v. Louis W. Prager and Another, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Bank of New York and Trust Company, as Trustee, etc., Plaintiff, v. Louis Gordon Hamersley and Others, Respondents, Impleaded with Harry W. Hawes and Others, Appellants.— Preference granted for June 5, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of James J. Frawley, as Administrator, etc., of Eliza Noonan, Deceased. Mary Elizabeth Parsons, Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Markwin Realty Corporation, Respondent, v. " John " Geisler, Appellant. — Preference granted for October 7, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of Long Island Railroad Company for a Certiorari Order against John F. Hylan, as Mayor of the City of New York, and Others.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Mary Gunn, Respondent, v. New York City Interborough Railway Company, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of Summary Proceedings by Antonette Rabe, Appellant, v. Samuel Gottlieb and Another, Respondents.— Preference denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

Florence M. Rowan, as Administratrix, etc., Respondent, v. Anna Goldfarb, as Administratrix, etc., Appellant, Impleaded, etc.— Preference granted for June 5, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

The People of the State of New York, Respondent, v. Robert Cushman, Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

The People of the State of New York, Respondent, v. Jacob Tobin, Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

The People of the State of New York, Respondent, v. Anthony Senes,